**Donald J. PANDO, Plaintiff—Appellant,**

v.

**David RYAN, Defendant—Appellee.**

No. 01–56549.

D.C. No. CV–01–00635–IEG.

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2002.*

Decided June 13, 2002.

Before O'SCANNLAIN, BERZON, and RAWLINSON, Circuit Judges.

MEMORANDUM**

Donald J. Pando appeals pro se the district court's order dismissing his action against California Superior Court Judge David Ryan. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Moore v. Brewster*, 96 F.3d 1240, 1243 (9th Cir.1996), and we affirm.

Pando's complaint alleged that Judge Ryan ruled against him and issued a restraining order as part of a conspiracy and a vendetta against Pando for filing lawsuits against the district attorney and other judges. The district court properly dismissed this action because Judge Ryan is protected by absolute judicial immunity.

*See Id.* at 1244 (noting that "even a conspiracy between a judge and [a party] to predetermine the outcome of a judicial proceeding, while clearly improper, nevertheless does not pierce the immunity extended to judges.").

All pending motions are denied as moot.

**AFFIRMED.**

---

* We unanimously find this case suitable for decision without oral argument and deny Pando's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

